IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Ian Counts, et al.** | ) | Case No. 2:12-cv-109 |
| | ) | |
| Plaintiffs | ) | Chief Judge Gary L. Lancaster |
| | ) | Magistrate Judge Cynthia Reed Eddy |
| vs. | ) | |
| | ) | |
| **Charles E. Mohn, et al.** | ) | |
| | ) | |
| Defendants | ) | |

| | | |
|---|---|---|
| **Tracy Barringer, et al.** | ) | Case No. 2:12-cv-1140 |
| | ) | |
| Plaintiffs | ) | Chief Judge Gary L. Lancaster |
| | ) | Magistrate Judge Cynthia Reed Eddy |
| vs. | ) | |
| | ) | |
| **Charles E. Mohn, et al.** | ) | |
| | ) | |
| Defendants | ) | |

## AGREED ORDER OF COURT

This matter came on to be considered on the Amended Complaint filed by Plaintiffs Ian Counts, Daniel Decker and Kristie Anderson (collectively the "Counts Plaintiffs") on June 28, 2012 in Case No. 12-cv-109, and the Complaint of Plaintiffs Tracy Barringer, Jason Knapp, Billy Jo Kozar and Shelly White (collectively the "Barringer Plaintiffs") on August 9, 2012 in Case No. 12-cv-1140. On November 11, 2012 the Counts Plaintiffs and Barringer Plaintiffs (collectively "Plaintiffs"), as well as Defendants Charles E. Mohn and CMS Security, LLC (collectively "Defendants") filed a Joint Motion to Consolidate Actions Pursuant to Rule 42(a), which was granted on November 30, 2012.

The parties entered into Mediation, with the jointly selected mediator, Norman E. Gilkey, Esq., on December 19, 2012 and the Court has been notified that a settlement has been reached,

the terms of which shall remain confidential, by agreement of the parties, and which are enumerated in a separate Settlement Agreement and Release.

In furtherance of the agreed confidentially of the settlement terms, the following Confidentiality Pledge shall apply:

> **Each undersigned Plaintiff, and his or her respective spouse, if applicable, pledges, as of December 19, 2012, that he or she has not discussed, and will not in the future discuss, the existence of the settlement or any of its terms with anyone other than other Plaintiffs, his or her counsel, tax advisors or other professionals, or, if he or she so chooses, his or her spouse. Should a Plaintiff choose to disclose the terms of the settlement to his or her spouse, this Confidentiality Pledge must be signed by said spouse, shall be equally binding upon said spouse and shall be retroactive to December 19, 2012. In the event that a third party inquires as to the terms of the settlement, each Plaintiff, and, if applicable, his or her spouse, shall respond by stating, "I am not permitted to discuss the terms of the matter," or shall respond substantially in the same fashion.**

A violation of the above Confidentiality Pledge shall be considered a violation of an essential term of the parties' Settlement Agreement and this Agreed Order of Court, and shall be subject to sanctions for contempt.

**IT IS, THEREFORE, ORDERED,** in furtherance of the parties' Settlement Agreement, that Norman E. Gilkey, Esq. is to release the settlement funds currently held in escrow to Plaintiffs' counsel.

**IT IS FURTHER ORDERED** that this case, and any and all cases consolidated herein, shall be dismissed, with prejudice.

1/25/13
Date

/s/ Chief Judge Gary L. Lancaster

Approved by:

**HENDERSON, COVINGTON, MESSENGER, NEWMAN & THOMAS CO., L.P.A.**

/s/ Richard J. Thomas
Richard J. Thomas
P.A. ID# 0043594
6 Federal Plaza Central, Suite 1300
Youngstown, Ohio 44503
Telephone:   (330) 744-1148
Facsimile:    (330) 744-3807
rthomas@hendersoncovington.com
Attorneys for Defendants

**STEELE SCHNEIDER**

/s/ Marcus B. Schneider
Marcus B. Schneider
P.A. ID# 208421
428 Forbes Avenue, Suite 900
Pittsburgh, Pennsylvania 15219
Telephone:   (412) 235-7682
Facsimile:    (412) 235-7963
mschneider@steeleschneider.com
Attorneys for Plaintiffs

As to the Confidentiality Pledge:

**IAN COUNTS**

_____

**KRISTIE ANDERSON**

_____

**JASON KNAPP**

_____

**SHELLY WHITE**

_____

**DANIEL DECKER**

_____

**TRACY BARRINGER**

_____

**BILLY JO KOZAR**

_____